UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE REQUEST FOR EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES BY REBECCA FORDON | Misc. Action No. 21-22 (BAH)<br><br>Chief Judge Beryl A. Howell |

**ORDER**

This Miscellaneous matter is before the Court upon the request by Rebecca Fordon, Faculty Services Librarian at UCLA School of Law, for exemption from the fees imposed by the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts.[1]  *See Electronic Public Access Fee Schedule*, JUDICIAL CONFERENCE (Dec. 31, 2019), https://www.uscourts.gov/services-forms/fees/electronic-public-access-fee-schedule.  Ms. Fordon seeks a discretionary Public Access to Court Electronic Records ("PACER") fee exemption solely for the charges incurred in connection with her scholarly research.

The Court finds that Ms. Fordon, as an individual researcher associated with an educational institution, falls within the class of users listed in the fee schedule as being eligible for a fee exemption.  Additionally, Ms. Fordon has demonstrated that the requested fee exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.  Moreover, Ms. Fordon has shown that her research project is intended for scholarly research, that it is limited in scope, and that it is not intended for redistribution on the internet or for commercial purposes.  Accordingly, Ms. Fordon shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in the United States District Court

---

[1] Requests for a PACER fee exemption "by academicians, researchers and other nonlitigants" are resolved by the Chief Judge of this Court.  D.D.C. LOCAL CIVIL RULE 40.7(g).

for the District of Columbia, to the extent such use is incurred in the course of conducting the research for which she has requested the fee exemption.

Ms. Fordon shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. The following limitations also apply:

1. Consistent with Ms. Fordon's representation that the fee exemption will apply only to her, this fee exemption applies only to Ms. Fordon and is valid only for the purposes stated above.

2. This fee exemption applies only to the electronic case files of this Court that are available through the PACER system.

3. By accepting this fee exemption, Ms. Fordon agrees not to sell for profit any data obtained as a result of receiving this exemption.

4. Ms. Fordon is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases, unless expressly authorized by the Court.

5. This fee exemption is granted for the period of approximately seven months, starting on the date of this order and ending on November 30, 2021.

This fee exemption may be revoked at the discretion of the Court at any time. The Clerk of the Court shall send a copy of this Order to the PACER Service Center.

**SO ORDERED.**

Date: March 4, 2021

_____
BERYL A. HOWELL
Chief Judge